IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael A. Gabe, | ) | C/A No.: 1:15-1239-PMD-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Sheriff Andy Strickland; Captain Jodie Taylor; and Colleton County Sheriff's Office, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Michael A. Gabe ("Plaintiff"), proceeding pro se and in forma pauperis, is a pre-trial detainee incarcerated at Colleton County Detention Center in South Carolina. He filed this action pursuant to 42 U.S.C. § 1983 against Colleton County Sheriff Andy Strickland ("Strickland") and Captain Jodie Taylor ("Taylor") (collectively "Defendants"). This matter comes before the court on Plaintiff's motion to amend the complaint. [ECF No. 19]. Plaintiff's motion does not provide a reason that he seeks to amend his complaint and he failed to attach a proposed amended complaint.

"[L]eave [to amend] shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "A motion to amend should be denied only when the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would be futile." *HCMF Corp. v. Allen*, 238 F.3d 273, 276 (4th Cir. 2001) (internal quotation marks omitted). Plaintiff has failed to provide a basis for amendment and the undersigned cannot evaluate whether the amendment would be prejudicial, futile, or is in bad faith. Therefore, the undersigned denies Plaintiff's motion

to amend [ECF No. 19].

    IT IS SO ORDERED.

*Shiva V. Hodges*

August 19, 2015  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge